### 3858. McClure *v.* Duncan.

Pottle, J. The evidence was sufficient to authorize the verdict in favor of
the plaintiff in the distress warrant, and the court did not err in over-
ruling the certiorari.                    *Judgment affirmed.*

Decided March 6, 1912.

Certiorari; from Hart superior court—Judge Meadow. October
13, 1911.

*Worley Adams, Linton Johnson,* for plaintiff in error